Von Ax Halstead, *v.* Halstead and Others.

Appeal from order denying defendants' motion for inspection of certain letters, written to plaintiff, and in her possession.

*John M. Bowers,* for defendants (appellants).

*Lewinson & Falk,* for plaintiff (respondent).

*Per Curiam.* There were certain characteristics of the application below which justify the decision that was made. It was uncertain that the letters contained anything that would benefit the defendants, if offered as evidence. Indeed, the contents are undisclosed. The application does not avow specifically that the contents, if learned, will be offered in testimony upon the trial.

Order affirmed, with ten dollars costs.

---

Simerman *v.* Sickles, as Sheriff.

Appeal by defendant from judgment entered upon verdict of jury, and from an order denying defendant's motion for a new trial.

*Emanuel J. Myers,* for defendant (appellant).

*Jacob Manheim,* for plaintiff (respondent).

*Per Curiam.* The exceptions argued upon the appeal relate to the charge and refusals to charge. They are all fully met by considering them in connection with the whole of the charge. Then there appears to have been no error.

Judgment and order affirmed, with costs.